IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| SCOTT R. ROUNTREE, | ) | Civil No. 3:06-CV-5526-KLS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER FOR |
| | ) | ATTORNEY FEES |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

  Based on the stipulation of the parties it is hereby ORDERED, that attorney fees in the amount of of $4,559.43 expenses in the amount of $50.62, for a total of $4,610.05, shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, and that costs in the amount of $373.00 should be awarded to Plaintiff pursuant to 28 U.S.C. § 1920.  The check(s) shall be mailed to Plaintiff's attorney's office:  Teal M. Parham, 910 12th Avenue - PO Box 757, Longview, WA 98632.  Any assignment of the award shall comply with the Assignments of Claims provisions of 31 U.S.C. § 3727.

ORDER  [3:06-CV-5526-KLS] -1

DATED this 26th day of June. 2007.

          s/ Karen L. Strombom
          UNITED STATES DISTRICT JUDGE

Presented by:

s/TEAL M. PARHAM
Teal M. Parham WSB #21954
Attorney for Plaintiff
910 12th Avenue
Longview WA  98632
Telephone:  (360) 423-3810
FAX:  (360) 423-3812
tparham@mcleodusa.net

ORDER [3:06-CV-5526-KLS] -2